## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re:

ANGELA SANETTE DAVIS                              Case No. 08-71659-SCS
                                                                          Chapter 7

        Debtor.

### REPORT OF DEPOSIT OF SMALL DIVIDENDS

        Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Capital Recovery II<br>25 SE 2nd Avenue<br>Miami, FL  33131 | $2.54 |
| **TOTAL** | **$2.54** |

Dated: August 31, 2009                      /s/ Charles L. Marcus
                                               Charles L. Marcus, Trustee
                                               VSB #7020
                                               580 East Main Street, Suite 300
                                               Chesapeake, VA  23320
                                               (757) 622-9005

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was sent via first class, postage paid mail this 31st day of August, 2009 to:

Office of the US Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, VA  23510


          /s/ Charles L. Marcus
          Charles L. Marcus, Trustee